Opinion issued July 22, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00667-CR

———————————

Michael Wayne Allen, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 178th District Court

Harris County, Texas



Trial Court Case No. 1185914



 

MEMORANDUM OPINION

          Appellant pleaded guilty to the
offense of aggravated robbery without an agreed recommendation as to punishment
with the State.  The trial court ordered
a pre-sentence investigation.  At the
conclusion of the pre-sentence investigation hearing, the trial court found
appellant guilty and sentenced him to confinement for 10 years.

          Appellant’s
counsel on appeal has filed a brief stating that the record  presents no reversible error, that the appeal
is without merit and is frivolous, and that the appeal must be dismissed or
affirmed.  See Anders v. California,
386 U.S. 738, 87 S.Ct. 1396, (1967). The brief meets the requirements of Anders
by presenting a professional evaluation of the record and detailing why
there are no arguable grounds for reversal. 
Id. at 744, 87 S.Ct. at 1400; see also High v. State, 573
S.W.2d 807, 810 (Tex. Crim. App. 1978). 

          Counsel
represents that he has served a copy of the brief on appellant.  Counsel also advised appellant of his right
to examine the appellate record and file a pro se brief.  See Stafford v. State, 813 S.W.2d 503,
510 (Tex. Crim. App. 1991).  More than 30
days have passed, and appellant has not filed a pro se brief.  Having reviewed the record and counsel’s
brief, we agree that the appeal is frivolous and without merit and that there
is no reversible error.  See Bledsoe
v. State, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).  

          We
affirm the judgment of the trial court and grant counsel’s motion to withdraw.[1]  Attorney Kevin Sekaly Cribbs must immediately
send the notice required by Texas Rule of Appellate Procedure 6.5(c) and file a
copy of that notice with the Clerk of this Court.

          We
deny as moot any pending motions.

PER CURIAM

Panel consists of Chief Justice Radack and Justices
Bland and Sharp.

Do not publish. 
 Tex. R. App. P. 47.2(b).











[1]           Appointed counsel still has
a duty to inform appellant of the result of this appeal and that he may, on his
own, pursue discretionary review in the Texas Court of Criminal Appeals.  See Bledsoe v. State, 178 S.W.3d 824,
826-27 (Tex. Crim. App. 2005).